UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARIO ACOSTA VAZQUEZ,

Petitioner,

v. Case No.: 2:26-cv-01985-SPC-KRH

GARRETT RIPA *et al.*,

Respondents,
_______________________________________/

**OPINION AND ORDER**

Before the Court are petitioner Mario Acosta Vazquez's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 5).

Acosta Vazquez is a native of Cuba who was granted lawful status as a child of a U.S. citizen. On November 19, 1999, an immigration judge ordered Acosta Vazquez removed following his conviction for an aggravated felony, and Immigration and Customs Enforcement (ICE) has detained him several times. ICE released Acosta Vazquez on an order of supervision on June 22, 2018. On September 11, 2025, local law enforcement arrested Acosta Vazquez for possession of cocaine, possession of narcotics equipment, and trespassing.

On March 14, 2026, ICE notified Acosta Vazquez it revoked his release under 8 C.F.R. § 241.13(i) because the September 2025 arrest violated the terms of his order of supervision. ICE took custody of Acosta Vazquez and afforded him an informal interview that day. Acosta Vazquez sought habeas

relief from this Court in *Acosta v. D.H.S.*, M.D. Fla. No. 2:26-cv-1632-SPC-NPM. The Court determined the government lawfully revoked Acosta Vazquez's release under 8 C.F.R. § 241.13(i) and denied habeas relief. The Court explained that after six months in custody, Acosta Vazquez may request review of his detention by the HQPDU. *See* 8 C.F.R. § 241.13(j).

Acosta Vazquez filed this second habeas action days after the Court denied the first. It does not state any new claims. Rather, Acosta Vazquez repleads claims the Court denied in the prior action. They fail for the same reason. If the government does not provide Acosta Vazquez the process required by 8 C.F.R. § 241.13(j), he may file a new habeas action in the district where he is confined. But he is not entitled to habeas relief on any ground raised in his second petition.

Accordingly, it is hereby **ORDERED:**

Mario Acosta Vazquez Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on October 13, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record